RECEIVED
JUN 14 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN TUTTON, <br><br> Plaintiff, <br><br> v. <br><br> 22ND CENTURY TECHNOLOGIES, INC. <br><br> Defendant. | Civil Action No. 17-cv-08240 (BRM)(DEA) <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff John Tutton, individually, and Defendant 22nd Century Technologies, Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this cause with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

| **LITE DEPALMA & GREENBERG, LLC** | **SAUL EWING ARNSTEIN & LEHR LLP** |
|---|---|
| /s/ Joseph J. DePalma <br> Joseph J. DePalma <br> Andrew L. Smith <br> 570 Broad Street, Suite 1201 <br> Newark, New Jersey 07102 <br> Tel: (973) 623-3000 <br> Fax: (973) 623-0858 <br> jdepalma@litedepalma.com <br> asmith@litedepalma.com <br><br> Attorneys for Plaintiff, <br> John Tutton | /s/ Ryan L. DiClemente <br> Ryan L. DiClemente, Esq. <br> Dena B. Calo, Esq. <br> 650 College Road East, Suite 4000 <br> Princeton, New Jersey 08540 <br> Tel: (609) 452-3100 <br> Fax: (609) 452-3122 <br> ryan.diclemente@saul.com <br> dena.calo@saul.com <br><br> Attorneys for Defendant, <br> 22nd Century Technologies, Inc. |

Dated: June 13, 2018

SO ORDERED: 6/14/2018

_____
HON. BRIAN R. MARTINOTTI, USDJ